UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | CAUSE NO. 4:23-CR-268 |
| WILLIAM MCKINNLEY GARLAND (1) | | |

**ENTRY OF APPEARANCE OF COUNSEL**

TO THE HONORABLE SEAN. D JORDAN, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION:

NOW COMES, J. MICHAEL PRICE II, for the Defendant WILLIAM MCKINNLEY GARLAND, and hereby respectfully advises the Court and other parties to this action of this Entry of Appearance of Counsel, J. MICHAEL PRICE II for the limited appearance at the initial detention hearing and any subsequent detention hearings only.  Mr. Garland is a current client of undersigned counsel, but due to the emergency nature of the arrest and immediate need for representation at the detention hearing, Defendant and attorney have not had the opportunity to arrange formal representation for the duration of the case.

ACCORDINGLY, the Clerk of the Court is hereby requested to enter J. MICHAEL PRICE II as counsel of record for WILLIAM MCKINNLEY GARLAND as indicated above.

Respectfully Submitted,

/s/ J. MICHAEL PRICE II
_____

J. MICHAEL PRICE II
ATTORNEY AT LAW
5600 Tennyson Parkway, Suite 210
Plano, Texas 75024
(214) 765-8000
(972) 848-4042 Fax
mpriceii@aol.com
State Bar of Texas No. 00794485

ATTORNEY FOR DEFEDANT GARLAND

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Entry of Appearance of Counsel was delivered to Assistant United States Attorney via Electronic Case Filing on this the 12th day of December, 2023.

/s/ J. MICHAEL PRICE II
_____
J. MICHAEL PRICE II