UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED

DEC 1 2 2023

Clerk, U.S. District Court
Eastern District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | CASE NUMBER 4:23-CR-00268 |
| ROBBERTA MARIE KHAN (4) | § § § § | |

### ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he/she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

So ORDERED and SIGNED this December 12, 2023.

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE