IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § v. § § WILLIAM McKINNLEY GARLAND § (1) §   a/k/a Evangelista, a/k/a Lobo, §   a/k/a Vangelisa, a/k/a Ville, §   a/k/a Lex, a/k/a "V," a/k/a Victor §   Yamaguchi § ANASTASIYA CLAIRE LYONS (5) §   a/k/a Frosty, a/k/a Elena Frost, §   a/k/a Ana Frost, a/k/a Bane, §   a/k/a Baiine § | No. 4:23CR268 Judge Jordan |

## GOVERNMENT'S TRIAL EXHIBIT LIST

| Ex # | Description | Admitted |
|---|---|---|
| 1 | American Airlines Records (January 2021) | 1/13/26 |
| 2 | Best Western Plus Denton Inn & Suites Booking History | 1/9/25 |
| 3 | Best Western Plus Denton Inn & Suites Exterior Photograph | 1/13/26 |
| 5 | CashApp_Justice (11/2020 – 2/2022) | 1/9/25 |
| 6 | CashApp_Justice (2023) | 1/9/25 |
| 7 | CashApp_ Jalen Bobo | 1/9/25 |
| 8 | CashApp_Selena McCombs | 1/9/25 |
| 9 | UPS Store Mailbox Rental Documents | 1/9/25 |
| 11 | Photographs of Justice's Body | 1/13/26 |
| 12 | 2713 Sowerby Drive Lease Agreement | 1/9/25 |
| 13 | 2713 Sowerby Drive Exterior Photograph | 1/9/25 |
| 14 | Map of 2713 Sowerby Drive | 1/13/26 |
| 15 | Frisco Gun Club – Membership Documents | 1/14/26 |
| 16A | Frisco Gun Club Video (11-20-23) | 1/14/26 |

| 16B | - Transcript Frisco Gun Club Video | 1/14/26 |
|---|---|---|
| 17 | Frisco Gun Club Exterior Photograph | 1/13/26 |
| 19 | Photographs of Justice's \ Tattoos | 1/13/26 |
| 20 | Photographs of Angelina's Body and Tattoos | 1/16/26 |
| 21 | Photograph of Justice (taken on April 19, 2022) | 1/13/26 |
| 22A | Gun Room Video | 1/16/26 |
| 22B | - Transcript Gun Room Video | 1/16/26 |
| 23A | Ofc. Muse Body Camera (3/20/2023) | 1/14/26 |
| 23B | - Transcript Ofc. Muse Body Camera | 1/14/26 |
| 24A | Ofc. Muse Rear Car Camera (3/20/2023) | 1/14/26 |
| 24B | - Transcript Ofc. Muse Rear Car Camera | 1/14/26 |
| 25 | Bank of Texas – Account Display | 1/9/25 |
| 26 | Bank of Texas – ATM Deposit Records | 1/9/25 |
| 27 | Bank of Texas – Deposit Records | 1/9/25 |
| 28 | Bank of Texas – Signature Cards | 1/9/25 |
| 29 | Bank of Texas – Account Statements | 1/9/25 |
| 30 | Bank of Texas – Safe Box Rental | 1/9/25 |
| 31 | Bank of Texas – Photographs | 1/9/25 |
| 32 | Annie – Cellular Phone Photographs | 1/15/26 |
| 33 | Annie Cellular Phone Notes: "Totals" | 1/15/26 |
| 34 | Annie Cellular Phone Notes: "Reminder!!!!!!" | 1/15/26 |
| 35 | Annie Cellular Phone Notes: "Going downstairs to do pistol whip" | 1/15/26 |
| 36 | Annie Cellular Phone Notes: "Targets" | 1/15/26 |
| 38 | Search Warrant Photographs – 2713 Sowerby Dr., 12/11/23, Card 1 | 1/15/26 |
| 39 | Search Warrant Photographs – 2713 Sowerby Dr., 12/11/23, Card 2 | 1/15/26 |
| 40 | Search Warrant Photographs – 2713 Sowerby Dr., 12/11/23, Card 3 | 1/15/26 |
| 41 | Search Warrant Photographs – 2713 Sowerby Dr., 12/11/23, Card 4 | 1/15/26 |
| 42 | Lyons Consent to Search – "The Erotic Review" (12/14/23) | 1/9/25 |
| 43 | Lyons Consent to search – Gmail accounts and Evernote (12/14/23) | 1/9/25 |

| 44 | Lyons Consent to Search – Preferred 411 and OurHome2 (12/14/23) | 1/9/25 |
|---|---|---|
| 45 | Lyons Consent to Search – Motorola Razor Cell Phone (12/14/23) | 1/9/25 |
| 46 | Lyons Consent to Search – Private Delights (12/14/23) | 1/9/25 |
| 47 | Lyons Consent to Assume Online Identity (12/14/23) | 1/9/25 |
| 48A | Lyons Interview (12/13/23) | 1/15/26 |
| 48B | -   Transcript of Lyons Interview | 1/15/26 |
| 49A | Lyons Interview (12/13/23) (Part 2) | 1/15/26 |
| 49B | -   Transcript of Lyons Interview Part 2 | 1/15/26 |
| 50 | Lyons Evernote Account | 1/16/26 |
| 50A | -   Evernote - Notes | 1/16/26 |
| 50B | -   Audio 07.03.2021_2224PM.asc | 1/16/26 |
| 50C | -   Audio 07.06.2021_1342PM.asc | 1/16/26 |
| 50D | -   Audio 07.07.2021_1456PM.asc | 1/16/26 |
| 50E | -   Audio 07.11.2021_1703PM.asc | 1/16/26 |
| 50F | -   Audio 07.28.2021_2017PM.asc | 1/16/26 |
| 50G | -   Audio 08.05.2021_1435PM.asc | 1/16/26 |
| 50H | -   Image Note 012522.pdf | 1/16/26 |
| 50I | -   Image Note 062621.pdf | 1/16/26 |
| 50J | -   Image Note 081320.pdf | 1/16/26 |
| 50K | -   Image Note 081620.pdf | 1/16/26 |
| 50L | -   Image Note2 081320.pdf | 1/16/26 |
| 51 | Google Return: robbertakhan@gmail.com | 1/9/25 |
| 51A | -   Best Western Plus (2/24/21) | 1/9/25 |
| 51B | -   Choice Hotels Reservations (10/14/21) | 1/9/25 |
| 51C | -   Drury Inn (11/1/21) | 1/9/25 |
| 51D | -   Hyatt Place Dallas/Plano (12/20/21) | 1/9/25 |
| 51E | -   Hyatt Place Dallas/Plano (12/22/21) | 1/9/25 |
| 51F | -   Courtyard Marriott (1/11/22) | 1/9/25 |
| 51G | -   Priceline (1/22/22) | 1/9/25 |
| 51H | -   Priceline (11/14/21) | 1/9/25 |
| 51I | -   Priceline (8/26/21) | 1/9/25 |
| 51J | -   Priceline (8/12/21) | 1/9/25 |

| 52 | Jalen Bobo Plea Agreement | 1/13/26 |
|---|---|---|
| 53 | Jalen Bobo Factual Basis | 1/13/26 |
| 54 | Robberta Marie Khan Plea Agreement | 1/14/26 |
| 55 | Robberta Marie Khan Factual Basis | 1/14/26 |
| 56 | Selena Rose McCombs Plea Agreement | 1/16/26 |
| 57 | Selena Rose McCombs Factual Basis | 1/16/26 |
| 58A | Phone Call – Garland to Lyons (2-26-24) | 1/15/26 |
| 58B | - Transcript of Phone Call – Garland to Lyons (2-26-24) | 1/20/26 |
| 59 | Letter Seized Lyons Cell | 1/16/26 |
| 60 | Letter Seized Garland Cell | 1/16/26 |
| 61 | Stipulation | 1/14/26 |
| 62 | Justice Cash App Screen Shots | 1/13/26 |
| 63 | OurHome2 – Alexandraquinn | 1/20/26 |
| 65 | OurHome2 – Dixieparton | 1/20/26 |
| 66 | OurHome2 – Kenziekarter | 1/20/26 |
| 67 | OurHome2 - LyssaTL | 1/20/26 |
| 68 | OurHome2 – Penny Pocket | 1/20/26 |
| 70 | Search Warrant Property Sketch | 1/15/26 |
| 71 | Demonstrative Aid (Magnet Board) | 1/20/26 |
| 500 | Glock 9MM handgun, Model 43, serial #BFTN027 | 1/15/26 |
| 501 | Sig Sauer 9mm handgun, Model P320, serial #58C279594 | 1/15/26 |
| 502 | GLOCK 9MM handgun, Model: 34, S/N: BNTM805 | 1/15/26 |
| 503 | Sig Sauer 9mm pistol, Model: P365, S/N: 66B390958 | 1/15/26 |
| 504 | Glock 9mm handgun, Model: 45, S/N: BRKU357 | 1/15/26 |
| 505 | Magnum Research .50 cal handgun, Model: Desert Eagle, S/N: DK0032851 | 1/15/26 |
| 506 | Beretta 9MM handgun, Model: 92X, S/N: BST30021 | 1/15/26 |
| 507 | Kel-Tec .22 CAL handgun, Model: PMR-30, S/N: WXYC07 | 1/15/26 |
| 508 | HS Produkt (Springfield Armory Importer) 9mm handgun, Modell: ECHELON, S/N: BE235224 (with streamlight attached) | 1/15/26 |
| 509 | Heckler & Koch 9mm pistol, Model: VP70Z, S/N: 84331 | 1/15/26 |
| 510 | Taurus Multi-Cal, Model: 4510 Judge, S/N: ACA452791 | 1/15/26 |
| 511 | FN Herstal 5.7X28 cal, Model PS90, S/N: 386368154 | 1/15/26 |

| 512 | Smith & Wesson revolver with attached scope, Model: 500, 500 magnum caliber, S/N: BCE9497 | 1/15/26 |
|---|---|---|
| 513 | Korth Night Hawk custom revolver, Model: NXS 357 caliber 8-SHOT, S/N: AH2773 | 1/15/26 |
| 514 | Russian Model M1895 Nagant, 7.62 caliber, revolver, S/N NG0115 | 1/15/26 |
| 515 | Korth Night Hawk custom revolver, Model: NXS. 357 caliber 8-SHOT, S/N: AH1754 | 1/15/26 |
| 516 | Smith & Wesson .357 cal revolver handgun, Model: M&P R8, S/N: DJB7697 | 1/15/26 |
| 517 | Armi Sport DI Chiappa Firearms (KIMA) O .357 cal, Model: White Rhino Revolver 60DS, S/N: CFIT20H02441 | 1/15/26 |
| 518 | Taran Tactical 9mm handgun, Model: STI Combat Master 2011, S/N: TX08435 | 1/15/26 |
| 519 | Glock 9mm handgun, Model: 48, S/N: BRLT334 | 1/15/26 |
| 520 | Zev Technologies 9mm pistol, Model: OZ-9, S/N: ZA03227 | 1/15/26 |
| 521 | Isreal Weapon Ing (IWI) Jerricho 941 9mm pistol, S/N: J0009616 | 1/15/26 |
| 522 | Ruger .357 cal revolver, Model: GP100, S/N: 170-04882 | 1/15/26 |
| 523 | Magnum Research, 50 cal, Model: Desert Eagle, S/N: DK0068044 | 1/15/26 |
| 524 | CZ Handgun, Model: CZ75B, 9mm, S/N: 380 | 1/15/26 |
| 525 | CZ Handgun, Model: CZS2, 9mm, S/N: D310659 | 1/15/26 |
| 526 | Ruger 9mm revolver, Model: LCR, S/N: 549-52977 | 1/15/26 |
| 527 | Beretta 9mm handgun, Model: 92, S/N: TX16458 | 1/15/26 |
| 528 | Beretta 9mm handgun, Model: 92FS, S/N: BER827240 | 1/15/26 |
| 529 | Hudson 9mm pistol, Model: MFC-H9, S/N: H06679 | 1/15/26 |
| 530 | FNH .45ACP cal pistol, Model: FNX-45, S/N: FX3U030442 | 1/15/26 |
| 531 | CZ 9mm pistol, Model: CZ75 B, S/N: C931714 | 1/15/26 |
| 532 | H&K 9mm handgun, Model: VP9, S/N: 224-292071 | 1/15/26 |
| 533 | HS Produkt (Springfield Armory Importer) 9mm weapon, Model: XD9, S/N: XD109818 | 1/15/26 |
| 534 | CZ 9mm, Model: CZ P-07, S/N: D300881 pistol with an attached crimson trace laser sight and tactical light | 1/15/26 |

| 535 | Chiappa Firearms Dayton Ohio .357 magnum cal revolver, Model: Rhino, S/N: RH05320 | 1/15/26 |
|---|---|---|
| 535 | Smith & Wesson .357 magnum cal revolver, Model: 327, S/N: DMD6755 | 1/15/26 |
| 537 | Glock 9mm, Model: 43X, S/N: cavn325 with an attached tlr-7 sub streamlight S/N: 121946C 0523 and a Trijicon Patent Scope #: 011626 | 1/15/26 |
| 538 | Glock 9mm Handgun, Model 48, Serial# BXUX108 with Holosun Sight | 1/16/26 |
| 540 | sword with a threaded handle black in color | 1/15/26 |
| 541 | long sword with a "T- handle" silver in color | 1/15/26 |
| 542 | sword with a plastic handle black in color | 1/15/26 |
| 543 | three swords black and gold in color | 1/15/26 |
| 544 | sword black and gold in color | 1/15/26 |
| 545 | Faux 40mm launcher | 1/15/26 |
| 546 | Faux 40mm launcher | 1/15/26 |
| 547 | Kel-Tec 12 gauge shotgun, Model: KSG, S/N: XX6070 | 1/15/26 |
| 548 | US Repeating Arms, FN Police Shotgun, 12 gauge, S/N: FL020878 | 1/15/26 |
| 549 | Benelli 12 gauge shotgun, Model: M4, S/N: Y126016B20 | 1/15/26 |
| 550 | Khan Model Honcho Tactical Pump 20 gauge firearm, S/N: CD20PA20V-0042 | 1/15/26 |
| 551 | Remington Versa Max, 12 gauge shotgun, S/N: RT30786B | 1/15/26 |
| 552 | Izhmash Saiga-12 12 gauge shotgun S/N: H09428043T | 1/15/26 |
| 553 | Franchi 12 gauge shotgun, Model: Spas-12, S/N: AA15910 | 1/15/26 |
| 554 | Franchi 12 gauge shotgun, Model: Spas -12, S/N: AA15910 | 1/15/26 |
| 555 | Remington Arms Co., 12 gauge shotgun, Model: 870 Express S/N: D802151M | 1/15/26 |
| 556 | UTAS 12 GAUGE, Model: UTS-15, S/N: US12P19552 | 1/15/26 |
| 557 | Kel-Tec 12 gauge shotgun, Model: KSG, S/N: XYCA70 | 1/15/26 |
| 558 | Kel-Tec 9mm rifle, Model: SUB 2000, S/N: FFZU97 | 1/15/26 |
| 559 | Kel-Tec 5.7X28 cal pistol, Model: P50, S/N: AAEC55 | 1/15/26 |
| 560 | SIG SAUER 9mm pitol, Model: MPX , S/N: 62E006850 | 1/15/26 |
| 561 | FN Herstal 57 caliber rifile, Model: PS90, S/N: FN086982 | 1/15/26 |

| 562 | Brugger & Thomet AG (B&T AG) 9mm machine pistol, Model: TP9, S/N: US 20-34893 | 1/15/26 |
|---|---|---|
| 563 | Israel Weapon Industries, 5.56 cal weapon, Model: Tavor, S/N: T1007313 | 1/15/26 |
| 564 | Zrodelta, Multi-Caliber Rifle, Model: Ready Series, S/N: ZAR01760 | 1/15/26 |
| 565 | Daniel Defense 5.56 cal semi auto rifle, Model: DDM4 V7, S/N: DDM4312680 | 1/15/26 |
| 566 | FN Herstal Belgium .223 cal rifle, Model: FS2000, S/N: 086102 | 1/15/26 |
| 567 | Salient Arms Multi-Cal Rifle, Model: SAI-T2, S/N: SAI000500 | 1/15/26 |
| 568 | FN Herstal 7.62 cal rifle, Model: Scar 17S. S/N: H0C19580 | 1/15/26 |
| 569 | Cobalt Kinetics Multi-Cal Rifle, Model: Bamf Edge, S/N: B16C168 | 1/15/26 |
| 570 | Daniel Defense multi-cal pistol, Model: DDM4, S/N: DDM4258008 | 1/15/26 |
| 571 | Zev Technologies multi-cal AR styled rifle, Model: CEV-FL, S/N: ZFL04683 | 1/15/26 |
| 572 | Mateba Arms .44 magnum cal semi automatic revolver, Model: UNICA6, S/N: 12068 or 001852 | 1/15/26 |
| 573 | Calico 9mm rifle, Model: Liberty 100, S/N: B003473 with two attachments; imatronic lasersight, Model: LS45, S/N: 51471, and an ammo pouch black in color | 1/15/26 |
| 574 | Spikes Tactical .223 caliber rifle, Model: SKULL, S/N: BSK000082 | 1/15/26 |
| 575 | Romarm 7.62 cal weapon, Model: unknown, S/N: E-6514-76 | 1/15/26 |
| 576 | rifle with an unknown make and model: S/N: VX4102 | 1/15/26 |
| 577 | Maxim Defense .62 cal weapon, Model: unknown, S/N: MXM-18-129467 | 1/15/26 |
| 578 | PTR Industries 9mm pistol, Model: PTR9, S/N: 9MC006706 | 1/15/26 |
| 579 | CZ 9mm micro base pistol, Model: Scorpion Evo 3 S2, S/N: C956245 | 1/15/26 |
| 580 | CZ 7.62 X 39 cal pistol, Model: Bren 2S , S/N: D202396 | 1/15/26 |
| 581 | Century Arms, 7.62 X 39 cal weapon, Model: C39V2, S/N: C39V2A37375 with an attached crossfire scope | 1/15/26 |

| | | |
|---|---|---|
| 582 | Kriss .45ACP cal weapon, Model: Vector Crb, S/N: 45C023907 | 1/15/26 |
| 583 | Arsenal 7.62 cal rifle, Model: SLR107R, S/N: AC602198 | 1/15/26 |
| 584 | Sig Sauer multi cal rifle, Model: Sig MPX, S/N: 62F005937 | 1/15/26 |
| 585 | S.C. Nova Group 9mm, Model: pak-9, S/N: R0N2023522 with an attached holosun scope, Model: HS507CV2, #140127931 | 1/15/26 |
| 586 | Zastava Arms 7.62 cal ak styled rifle, S/N: 270-153530 | 1/15/26 |
| 596 | Black Apple iPhone with cracked back, and charger block with two (2) cords | 1/14/26 |
| 596A | -   Instagram Direct Messages 5/25/2022 | 1/14/26 |
| 596B | -   Instagram Direct Messages 8/31/2023 | 1/14/26 |
| 596C | -   Instagram Direct Messages 10/6/2022 | 1/14/26 |
| 596D | -   Snapchat Messages 5/11/2023 | 1/14/26 |
| 596E | -   Telegram Messages 8/30/2023 | 1/14/26 |
| 596F | -   Telegram Message | 1/14/26 |
| 597 | Texas Identification Card for Jalen Alexander Bobo | 1/15/26 |
| 598 | Tattoo kit red and black in color with sealed needles | 1/15/26 |
| 599 | Two bankers boxes containing tattoo supplies | 1/15/26 |
| 600 | One cell phone belonging to William Garland | 1/15/26 |
| 601 | Box containing package of zipties, tactical belts, tactical shotgun holder, pair of scissors, magazine band, empty magazine, magazine loader, and academy receipt | 1/15/26 |
| 602 | Flip cell phone black in color, unknown make and model | 1/15/26 |
| 603 | Baofeng walkie | 1/15/26 |
| 604 | Armored republic ballistic plates black in color | 1/15/26 |
| 605 | Gun holster black in color | 1/15/26 |
| 606 | Road runner bag black and red in color | 1/15/26 |
| 607 | empty rifle magazine | 1/15/26 |
| 608 | Lifepod lockbox black in color containing William Garland's license, vehicle registration, insurance, and a triple a card for Selena McCombs | 1/15/26 |
| 609 | Mail and bills | 1/15/26 |
| 610 | Empty 3D printed magazine green in color | 1/15/26 |
| 611 | Three (3) empty magazines | 1/15/26 |

| 612 | Dell laptop silver in color, service tag: g6tsx32 | 1/15/26 |
|---|---|---|
| 613 | Two tablets: 1.) Kindle amazon tablet, model: d01400 inside case 2.) Windows 8 Pro Surface tablet, model: 1514 | 1/15/26 |
| 614 | Ten empty magazines | 1/15/26 |
| 615 | USB gold in color labeled 'goal zero' | 1/15/26 |
| 616 | Shock collar and remote | 1/15/26 |
| 617 | HP Chromebook x360 laptop, s/n: 5CD0446KNT | 1/15/26 |
| 618 | Paper copy of social security cards and Texas driver's license | 1/15/26 |
| 619 | Knife black in color | 1/15/26 |
| 620 | CPU white in color, s/n: 0120AC03238149 | 1/15/26 |
| 621 | Google Pixel cell phone black in color | 1/15/26 |
| 622 | USB white in color | 1/15/26 |
| 623 | Apple iPhone Black in color with a cracked front and back (unknown make and model, two cameras) | 1/15/26 |
| 624 | Debit Card belonging to Selena McCombs | 1/15/26 |
| 625 | Apple iPhone blue in color (two cameras) contained in a case pink in color with flowers | 1/15/26 |
| 626 | Two debit cards, gift cards, Cigna Healthcare Card for Dalia Ramos | 1/15/26 |
| 627 | Passport and vehicle titles | 1/15/26 |
| 628 | Passport for Sativa Zhoelette | 1/15/26 |
| 629 | One Motorola Razor flip phone | 1/15/26 |
| 630 | Unknown make and model flip cell phone black in color (with three cameras) IMEI: 357150460441050 | 1/15/26 |
| 631 | Nikon 5200 with SD card | 1/15/26 |
| 632 | Camera LRP | 1/15/26 |
| 633 | Vehicle bill of sale to Selena McCombs | 1/15/26 |
| 634 | Receipt book | 1/15/26 |
| 635 | Apple iPad silver in color, Model: A2378, S/N: Hqq7qhl24c | 1/15/26 |
| 636 | Two TX Driver's Licenses | 1/15/26 |
| 637 | Apple cell phone rose gold in color, Model: A1522, IMEI: 354385062313777 | 1/15/26 |
| 638 | Google Pixel cell phone black in color, cracked front screen contained in a black case | 1/15/26 |
| 639 | Samsung tablet black in color, Model: A2378, S/N: | 1/15/26 |

|  | | |
|---|---|---|
|  | R52t40jltrh |  |
| 640 | US Passport Card for Anastasiya Lyons | 1/15/26 |
| 641 | Microsoft Dual Screen cell phone (possibly Microtablet) | 1/15/26 |
| 642 | Deposit slips from Wells Fargo, birth certificate for Annie Tran, and TX DPS Citation for Annie Tran | 1/15/26 |
| 643 | Birth Certificate request | 1/15/26 |
| 644 | American Express Card | 1/15/26 |
| 645 | Microsoft Cell Phone | 1/15/26 |
| 646 | Google Pixel Cell Phone | 1/15/26 |
| 647 | Motorola Verizon Cell Phone, Model: XT912 | 1/15/26 |
| 648 | Moto Droid Cell Phone | 1/15/26 |
| 649 | Small Video Recorder with attached dongle | 1/15/26 |
| 650 | LG Metro PCS Cell Phone | 1/15/26 |
| 651 | Alltel Slide Cell Phone | 1/15/26 |
| 652 | Lexar USB | 1/15/26 |
| 653 | Laser | 1/15/26 |
| 654 | Three Micro SD cards, one full size SD card, one memory stick | 1/15/26 |
| 655 | "ONN" USB 16GB black in color | 1/15/26 |
| 656 | Google Cell Phone | 1/15/26 |
| 657 | Tattoo gun, packaged needle, and a packaged needle and ink set | 1/15/26 |
| 658 | Ballistic Shield Hardcore Defense | 1/15/26 |
| 659 | Birth certificates, social security card, and ID | 1/15/26 |
| 660 | Samsung Cell Phone | 1/15/26 |
| 661 | Verizon Tablet, Model: QMV7B | 1/15/26 |
| 662 | Apple iPhone white in color, Model: A1524, IMEI: 3592490601994 | 1/15/26 |
| 663 | Verizon Cell Phone black in color, Model: V20 | 1/15/26 |
| 664 | Samsung Galaxy Cell Phone black in color, IMEI: 853639090660224 | 1/15/26 |
| 665 | Motorola Cell Phone black in color, IMEI: A000002253ef29 | 1/15/26 |
| 666 | Huawei Cell Phone | 1/15/26 |
| 667 | Motorola Cell Phone | 1/15/26 |
| 668 | Two CDs for "Susan" | 1/15/26 |

| | | |
|---|---|---|
| 669 | Body Armor Plate Carrier with Two Ballistic Plates; Armor Republic AR 500 Armor | 1/15/26 |
| 670 | Three magazines with ammunition | 1/15/26 |
| 671 | ASUS Laptop black in color, S/N: N1nrcx12d48004b | 1/15/26 |
| 672 | USB white in color, Model: G733 | 1/15/26 |
| 673 | Two (2) SD cards | 1/15/26 |
| 674 | Two (2) knives | 1/15/26 |
| 675 | Camo Ballistic Vest | 1/15/26 |
| 676 | Ballistic Vest blue in color | 1/15/26 |
| 677 | GoPro black in color | 1/15/26 |
| 677A | -   GH010012.mp4 | 1/15/26 |
| 677B | -   Transcript of GH010012.mp4 | 1/15/26 |
| 678 | GoPro Max | 1/15/26 |
| 678A | -   GH010005.mp4 | 1/16/26 |
| 678B | -   Transcript of GH010005.mp4 | 1/16/26 |
| 679 | Gun bag that **Item #142** came from | 1/15/26 |
| 680 | Shipping box containing empty magazines | 1/15/26 |
| 681 | Google Nest device with a broken screen | 1/15/26 |
| 682 | Google tablet inside a case | 1/15/26 |
| 704 | Google Pixel 6 cell phone with black OtterBox case (Passcode: 28269) | 1/15/26 |
| 706 | Black Bag containing Two (2) Purple Motorola RAZR Cellphones, One (1) Black Samsung Cellphone, and Personal Property of Ana Lyons  (Plano PD Barcode# 0000895216) | 1/16/26 |
| 713 | Sony Handycam HD Camera Serial# 129137 with Sony SD Card and Black Bag marked as QDL7  (Plano PD Barcode# 0000891502) | 1/15/26 |
| 715 | CPU tower, white in color | 1/15/26 |
| 715A | -   Google searches | 1/15/26 |
| 715B | -   Vehicle Bill of Sale | 1/15/26 |
| 715C | -   Web history | 1/15/26 |
| 715D | -   Email accounts | 1/15/26 |
| 716 | CPU tower, black in color | 1/15/26 |
| 716A | -   Banking records | 1/16/26 |
| 716B | -   Driving certification | 1/16/26 |

| 719 | Six (6) rounds of 9mm ammunition | 1/15/26 |
|---|---|---|
| 721 | Three posters (two are framed) | 1/15/26 |
| 722 | LEATHER SUITCASE BROWN IN COLOR CONTAINING BOXES OF AMMUNITION | 1/15/26 |
| 723 | WOODEN CRATE CONTAINING BOXES OF AMMO | 1/15/26 |
| 725 | ZIPLOCK BAG WITH A WOODEN BOX CONTAINING AMMUNITION | 1/15/26 |
| 726 | SHIPPING BOX CONTAINING LOOSE ROUNDS OF AMMUNITION | 1/15/26 |
| 727 | SHIPPING BOX CONTAINING BOXES OF AMMUNITION | 1/15/26 |
| 728 | SHIPPING BOX CONTAINING AMMUNITION AND MAGAZINES WITH AMMUNITION | 1/15/26 |
| 729 | WOODEN CRATE CONTAINING BOXES OF AMMUNITION | 1/15/26 |
| 730 | RECTANGLE METAL CANNISTER GREEN IN COLOR CONTAINING LOOSE ROUNDS OF AMMUNITION | 1/15/26 |
| 731 | PLASTIC SUITCASE BROWN IN COLOR CONTAINING BOXES OF AMMUNITION | 1/15/26 |
| 732 | SHIPPING BOX CONTAINING BOXES OF AMMUNITION | 1/15/26 |
| 733 | SHIPPING BOX CONTAINING BOXES OF AMMUNITION | 1/15/26 |
| 734 | 40MM ROUNDS OF AMMUNITION AND CARRIER | 1/15/26 |
| 735 | MONITOR BLACK IN COLOR, S/N: 0971HNKN904254N | 1/15/26 |
| 736 | EXTRA LARGE MONITOR, S/N: 0ECJHCSW600315E | 1/15/26 |
| 737 | DJI DRONE | 1/15/26 |
| 738 | SIX 12 GAUGE SHOT GUN SHELLS | 1/15/26 |
| 740 | ZASTAVA ARMS MAGAZINE WITH 7.62 CAL AMMUNITION (FROM ITEM 115) | 1/15/26 |
| 741 | ONE MAGAZINE CONTAINING 9MM AMMUNITION (FROM ITEM 115) | 1/15/26 |
| 742 | ONE MAGAZINE CONTAINING 9MM AMMUNITION (FROM ITEM 114) | 1/15/26 |
| 743 | MAGAZINE WITH 7.62X39 AMMO FROM ITEM 98 | 1/15/26 |
| 744 | SIX (6) REMINGTON SHOTGUN SHELLS BELONGING TO ITEM 96 | 1/15/26 |
| 745 | TWO MAGAZINES WITH AMMUNITION, AND ONE BOX OF 9MM AMMO | 1/15/26 |

| 746 | ONE MAGAZINE CONTAINING 9MM AMMO FROM ITEM 87 | 1/15/26 |
| --- | --- | --- |
| 747 | TWO RIFLE MAGAZINES CONTAINING RIFLE AMMUNITION | 1/15/26 |
| 748 | 5.7 X 28 CAL MAGAZINE CONTAINING AMMUNITION | 1/15/26 |
| 749 | FIVE REMINGTON SHOTGUN SLUGS (5/8 OZ SHELLS) | 1/15/26 |
| 750 | ONE ROUND OF AMMUNITION (ORIGINALLY IN CHAMBER OF ITEM#34) | 1/15/26 |
| 751 | FIVE ROUNDS OF DEFENDER AMMUNITION | 1/15/26 |
| 752 | FOUR LOADED MAGAZINES, 32 LOOSE ROUNDS OF 9MM AMMO, TWO BOXES OF WINCHESTER 12 GAUGE AMMO, ONE BOX OF FEDERAL AMMO, ONE BOX OF HERTERS 9MM | 1/15/26 |
| 753 | M249 5.56 CALIBER WEAPON, MODEL: UNKNOWN, S/N: 9348441 | 1/15/26 |
| 754 | 9MM MAGAZINE CONTAINING AMMUNITION (FROM ITEM 7) | 1/15/26 |
| 755 | 9MM MAGAZINE CONTAINING AMMUNITION (FROM ITEM 6) | 1/15/26 |
|  |  |  |