# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO.  4:23cr268 |
| § | |
| WILLIAM MCKINNLEY GARLAND (1) § | |
| ANASTASIYA CLAIRE LYONS (2) § | |

## WITNESS LIST

| Presiding Judge<br>  Sean D. Jordan | Government Attorney:<br>Marisa Miller, Chalana Oliver | Defendant Attorney:<br>Rafael De La Garza, James Whalen,<br>Phillip Linder, Aaron Veuleman |
|---|---|---|
| Trial Date(s)<br>1/12/26 – 1/21/26 | Court Reporter<br>  Ruth Weese | Courtroom Deputy<br>  Bonnie Sanford |

| Govt No. | Def No. | Description of Witness |
|---|---|---|
| 1 | | Justice |
| 2 | | Jason Hardeman |
| 3 | | Jalen Bobo |
| 4 | | Steven Sanders |
| 5 | | Aaron Covey |
| 6 | | Christian Putnam |
| 7 | | Emma |
| 8 | | Robberta Khan |
| 9 | | Marie Kilian |
| 10 | | Jesse Muse |
| 11 | | Brian Marthiljohni |
| 12 | | James Ryan |
| 13 | | Conner Wanderscheid |
| 14 | | Jalen Bobo - recalled |
| 15 | | Annie |
| 16 | | Catherine Foreman |
| 17 | | Gregory Stark |
| 18 | | Julia Dorman |
| 19 | | Angelina |
| 20 | | Selena McCombs |
| 21 | | Jeffrey Rich |
| 22 | | Siena |
| 23 | | Alexandra Cole |
| 24 | | Ashley Cira |

|  | 1 | Anastasiya Lyons – Defendant (5) |
|--|---|----------------------------------|
|  |   |                                  |
|  |   |                                  |
|  |   |                                  |
|  |   |                                  |