IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> WILLIAM McKINNLEY GARLAND § <br> (1) § <br>   a/k/a Evangelista, a/k/a Lobo, § <br>   a/k/a Vangelisa, a/k/a Ville, § <br>   a/k/a Lex, a/k/a "V," a/k/a Victor § <br>   Yamaguchi § <br> ANASTASIYA CLAIRE LYONS (5) § <br>   a/k/a Frosty, a/k/a Elena Frost, § <br>   a/k/a Ana Frost, a/k/a Bane, § <br>   a/k/a Baiine § | No. 4:23CR268 <br> Judge Jordan |

## GOVERNMENT'S MOTION TO SUBSTITUTE EXHIBITS

The United States, by and through United States Attorney Jay R. Combs, Assistant United States Attorney Marisa J. Miller, of counsel, hereby submits its motion to substitute trial exhibits and would show the Court as follows:

Trial in the above-captioned matter began on January 12, 2026. ECF #242. As part of the government's case-in-chief, counsel for the United States offered for admission four exhibits containing photographs from the search warrant conducted at 2713 Sowerby Drive, Plano, Texas. *See* Government Exhibits 38, 39, 40, and 41. Following the return of the jury's verdict, the undersigned discovered that certain photographs contained within Government's Exhibits 39 and 41 contained personal identifying information, such as dates of birth, social security numbers, victims' full names and photographs, bank account details, as well as medication bottles listing both

personal identifying information and personal medical information. This material must be redacted pursuant to 18 U.S.C. § 3771(a)(8), Fed. R. Crim. P. 49.1(a), and Local Rules "Filing Procedures" for "Sensitive Information."

Accordingly, counsel for the United States has redacted the following pages in Government's Exhibit 39: 134, 205-207, 253, 256, 260-261, 289-294, 352, 354, and 374-376. Redactions were also made in Government's Exhibit 41, pages: 72-74, 199-201, 203, 216, 220-222, 225-226, 252-253, 259-262, and 293. The government would thus respectfully move the Court to substitute the redacted versions of Government's Exhibits 39 and 41, to ensure that the exhibits comport with federal law, the rules of criminal procedure, and the local rules within the Eastern District of Texas. Local Rule CR-55(b). The undersigned has conferenced with counsel for each of the defendants William McKinnley Garland and Anastasiya Claire Lyons, none of whom object to the government's motion.

    Respectfully submitted,

    JAY R. COMBS
    UNITED STATES ATTORNEY

    /s/_____
    MARISA J. MILLER
    Assistant United States Attorney
    New York Bar No. 4366415
    101 East Park Boulevard, Suite 500
    Plano, Texas 75074
    (972) 509-1201
    Marisa.Miller@usdoj.gov

**CERTIFICATE OF CONFERENCE**

Counsel for the United States conferred with Rafael De La Garza, Esq. and James Whalen, Esq.., counsel for William McKinnley Garland, as well as Phillip Linder, Esq. and Aaron Veuleman, Esq., counsel for Anastasiya Claire Lyons, about this matter. Counsel for each defendant have advised that they do object to the government's motion.

/s/
MARISA J. MILLER

**CERTIFICATE OF SERVICE**

This is to certify that on January 30, 2026, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of this document to be delivered to counsel for the defendants via electronic mail.

/s/
MARISA J. MILLER