IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23CR268 |
| | § | Judge Jordan |
| WILLIAM McKINNLEY GARLAND (1) | § | |
|   a/k/a Evangelista, a/k/a Lobo, | § | |
|   a/k/a Vangelisa, a/k/a Ville, | § | |
|   a/k/a Lex, a/k/a "V," a/k/a Victor Yamaguchi | § | |
| ANASTASIYA CLAIRE LYONS (5) | § | |
|   a/k/a Frosty, a/k/a Elena Frost, | § | |
|   a/k/a Ana Frost, a/k/a Bane, | § | |
|   a/k/a Baiine | § | |

## **ORDER**

On this day came on to be considered the United States' unopposed Motion to Seal Trial Exhibits, and upon consideration of the same, the Court is of the opinion that said Motion should be granted. It is, therefore,

ORDERED that exhibits 11, 19, 20, 21, 52, 54, 56, 63, 65, 66, 67, 68, and 716A, admitted at the trial in the above-captioned matter, be sealed.

IT IS FURTHER ORDERED that exhibits 16A, 23A, 677A, and 678A, also admitted at trial, be sealed; however, the accompanying transcripts contained within Government's exhibits 16B, 23B, 677B, and 678B shall remain unsealed.

**So ORDERED and SIGNED this 2nd day of February, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE