IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23CR268 |
| | § | Judge Jordan |
| WILLIAM McKINNLEY GARLAND (1) | § | |
|   a/k/a Evangelista, a/k/a Lobo, | § | |
|   a/k/a Vangelisa, a/k/a Ville, | § | |
|   a/k/a Lex, a/k/a "V," a/k/a Victor | § | |
|   Yamaguchi | § | |
| ANASTASIYA CLAIRE LYONS (5) | § | |
|   a/k/a Frosty, a/k/a Elena Frost, | § | |
|   a/k/a Ana Frost, a/k/a Bane, | § | |
|   a/k/a Baiine | § | |

## JOINT FORFEITURE ADVISORY

The United States, by and through the undersigned Assistant United States Attorneys, and the defendants, William McKinnley Garland, by and through counsel Rafael de la Garza, Esq. and James P. Whalen, Esq.; and Anastasiya Claire Lyons, by and through counsel Phillip Linder, Esq. and Aaron Veuleman, Esq., hereby notify the Court that they have conferenced, as directed by the Court's Orders. *See* ECF #260, 273. Accordingly, the parties advise the Court of the following regarding the outstanding forfeiture issues in the above-referenced case:

The United States seeks the forfeiture of a number of items seized during the investigation of this case. Those items include firearms and weaponry, ammunition, gun accessories; tactical items, digital devices, cash, documents and records, the proceeds from the interlocutory sale of four vehicles, and miscellaneous items related to the sex trafficking offenses for which the defendants now stand convicted.

Defendant Garland has sought the return of two hard drives that were seized from 2713 Sowerby Drive.  The contents of at least one of those devices were admitted into evidence at trial as Government exhibits.  ECF #256. Accordingly, counsel for the United States, in collaboration with the government's forensic agents, is working with counsel for Garland to determine whether particular files or documents might be copied from these devices and preserved for Garland.  That process is ongoing.

Both defendant Garland and Defendant Lyons have requested the return of their personal documents, including driver's licenses, passports, birth certificates, and other personally identifying material.  The government is amenable to this request and is working with counsel for each defendant to develop a cross-checked list of those items and the exhibit numbers within which they are contained.

Finally, defendant Lyons has requested the return of her personal effects, including her handbag and the items contained therein—excluding any cash—that were taken from her at the time of her arrest.  The government does not object to this request. Defendant Lyons has also requested the return of a second cellular phone she alleges belonged to her and is working to identify that device for the government's further consideration.

Based on the undersigned's communications with counsel for each defendant, it appears that no trial will be needed to address the forfeitability of each item.  Indeed, the defendants have expressed a willingness to forgo challenges to the forfeiture of the majority of items.  Accordingly, the parties request that an Order be issued, either setting the matter for a status conference or to permit the parties to file a more fulsome motion

2

for forfeiture, within 30 days.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY


/s/_____
MARISA J. MILLER
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
Marisa.Miller@usdoj.gov


## CERTIFICATE OF CONFERENCE

Counsel for the United States conferred with Rafael De La Garza, Esq., James Whalen, Esq., Phillip A. Linder, Esq., and Aaron Veuleman, Esq., counsel for William McKinnley Garland and Anastasiya Lyons, respectively, about this matter.  Each counsel concurs with the request.

/s/_____
MARISA J. MILLER


## CERTIFICATE OF SERVICE

This is to certify that on March 2, 2026, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of this document to be delivered to counsel for each of the defendants via electronic mail.

/s/_____
MARISA J. MILLER

3