IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NUMBER 4:23-CR-00268 |
| V. | § | Judge Sean D. Jordan |
| | § | |
| | § | |
| WILLIAM MCKINNLEY GARLAND | § | |

**UNOPPOSED MOTION TO SET HEARING ON FORFEITURE ISSUE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, WILLIAM MCKINNLEY GARLAND, by and through undersigned counsel and files this Motion to Set Hearing on Forfeiture Issue. In support of said motion, Defendant would show unto the Court as follows:

I.

An update on forfeiture advisory is due today, June 29, 2026, per the Court's order. (See Dkt. 324).

II.

Defense counsel and the Government are still working to reach an agreement on the issue of forfeiture. However, the parties feel that a hearing will inevitably be necessary. The parties agree that a hearing set in August would be beneficial in order to allow some additional time but also to secure a timeline for the Court to hear the issue. Both parties are available on the following dates, subject to the Court's convenience: August 12th through 14th, 17th, 26th through 28th, 31st, or September 1st through 3rd of the current 2026 year. As such, undersigned counsel respectfully requests a hearing to be set on the forfeiture issue.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court to set this matter for a hearing on Forfeiture Issue.

Respectfully submitted,

WHALEN LAW OFFICE

**/s/*James P. Whalen***
JAMES P. WHALEN
TEXAS BAR CARD NO. 00794837
9300 John Hickman Parkway, Suite 501
Frisco, Texas 75035
Telephone: (214) 368-2560
Facsimile: (972) 829-8654
jwhalen@whalenlawoffice.com

**/s/ *Rafael de la Garza***
RAFAEL DE LA GARZA
TEXAS BAR CARD NO. 00789251
6521 Preston Road, Suite 100
Plano, Texas 75024
TEL.: 214/740-1708
FAX: 866/405-5699
rdelagarzalaw@yahoo.com

COUNSEL FOR DEFENDANT
WILLIAM MCKINNLEY GARLAND

## CERTIFICATE OF CONFERENCE

This is to certify that on the 29th day of June 2026, the undersigned counsel conferred with the Assistant United States Attorney in charge of this case, Marisa Miller, who advised that the Government is unopposed to this motion.

/s/ *James P. Whalen*
JAMES P. WHALEN

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true and correct copy of the foregoing motion was delivered to Marisa Miller, the Assistant United States Attorney in charge of this case, via CM/ECF, on this the 29th day of June 2026.

/s/ James P. Whalen  
JAMES P. WHALEN